**Official Form 1 (04/07)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Parisi, Joseph | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all):    9881 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State)<br>569 Kingston Dr<br>Geneva, IL<br><br>ZIPCODE  60134 | Street Address of Joint Debtor (No. and Street, City, and State<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Kane | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of  Business**
(Check **one**  box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million  to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,000  to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Joseph Parisi |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>   Signature of Attorney for Debtor(s)          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Joseph Parisi |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative of a Recognized Foreign Proceedings** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Joseph Parisi
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

7/31/2007
Date

**Signature of a Foreign Representative of a Recognized Foreign Proceedings**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11 United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney**

**X** /s/ Edgar P. Petti
Signature of Attorney for Debtor(s)

EDGAR P. PETTI 2192764
Printed Name of Attorney for Debtor(s)

Petti Murphy & Associates
Firm Name

State Bank of Geneva Professional Center
Address

22 South Fourth Street, Suite B,     Geneva, IL 60134

630-232-9303
Telephone Number

7/31/2007
Date

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X**_____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re Joseph Parisi _____ Case No._____
                    Debtor(s)                                    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

**Official Form 1, Exh. D (10/06) – Cont.**

☐  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
　　　☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
　　　☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
　　　☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:　/s/ Joseph Parisi_____
　　　　　　　　　　　JOSEPH PARISI

Date: 7/31/2007_____

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

**FORM 6. SCHEDULES**

Summary of Schedules

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**In re**  Joseph Parisi                                    **Case No.** _____
          **Debtor**                                                           **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Three Bedroom, Seven Room, Single Family Detached Residence<br><br>569 Kingston Drive<br>Geneva, IL 60134 | Joint Tenants | J | 271,000.00 | 226,921.93 |
| | | Total ➤ | 271,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Form B6B
(10/05)

In re    Joseph Parisi                                                    Case No. _____
             **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Cash on hand<br>569 Kingston Dr.<br>Geneva, IL 60134 | J | 100.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account #3022218<br>Harris Bank<br>1399 E. State St.<br>Geneva, IL 60134 | J | 200.00 |
| | | Checking Account #5700497223<br>Harris Bank<br>1399 E. State St.<br>Geneva, IL 60134 | J | 200.00 |
| | | Td Ameritrade Brokerage Account #4213161419<br>Td Ameritrade<br>630 E. Golf Rd.<br>Schaumburg, IL 60173 | J | 1,001.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishings for Three Bedroom Home<br>569 Kingston Dr.<br>Geneva, IL 60134 | J | 1,000.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

In re   Joseph Parisi _____     Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Necessary Clothing for Adult Male<br>569 Kingston Dr.<br>Geneva, IL 60134 | H | 400.00 |
| 7.   Furs and jewelry. | | Wedding ring<br>569 Kingstone Dr.<br>Geneva, IL 60134 | H | 100.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | Two (2) 38 revolvers<br>569 Kingston Dr.<br>Geneva, IL 60134 | H | 100.00 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Whole Life Insurance Policy $150,000 death benefit<br>Monumental Life Insurance Co.<br>2 E. Chase St.<br>Baltimore, Maryland 21202 | H | 6,900.00 |
| | | 20 year Term Life Insurance Policy $1,000,000 death benefit<br>US Financial Life Insurance Co.<br>PO Box 429560<br>Cincinnati, OH 45242 | H | 0.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Star Auto 401(k) Plan | H | 23,622.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700  -  31210 - PDF-XChange 2.5 DE

Form B6B-Cont.
(10/05)

In re   Joseph Parisi _____    Case No. _____
_____Debtor_____    _____(If known)_____

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Pension Administrators Inc.<br>1626 Colonial Parkway<br>Inverness, IL 60067-4725 | | |
| | | Vanguard Simple IRA Account #09933866778<br>Vanguard<br>PO Box 105431<br>Atlanta, GA 30348 | H | 84,048.89 |
| | | DWS Scudder Roth IRA<br>P.O. Box 219669<br>Kansas City, MO 64121 | H | 9,618.00 |
| | | Vanguard Roth IRA Account #09914709197<br>Vanguard<br>P.O. Box 105431<br>Atlanta, GA 30348 | H | 40,085.25 |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | 1,000 shares of Used Car City, Inc.<br>569 Kingston Dr.<br>Geneva, IL 60134 | H | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700  -  31210 - PDF-XChange 2.5 DE

In re   Joseph Parisi _____    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

　　　　　　　　　　　　　　　　　　　0　　　continuation sheets attached　　　Total　　$　　167,375.14

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700  -  31210 - PDF-XChange 2.5 DE

In re   Joseph Parisi                                                    Case No. _____
              **Debtor**                                                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)                          $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Whole Life Insurance Policy $150,000 death benefit | 735 I.L.C.S 5§12-1001(f) | 6,900.00 | 6,900.00 |
| Checking Account #3022218 | 735 I.L.C.S 5§12-1001(b) | 200.00 | 200.00 |
| Checking Account #5700497223 | 735 I.L.C.S 5§12-1001(b) | 200.00 | 200.00 |
| Necessary Clothing for Adult Male | 735 I.L.C.S 5§12-1001(a) | 400.00 | 400.00 |
| Wedding ring | 735 I.L.C.S 5§12-1001(b) | 100.00 | 100.00 |
| Two (2) 38 revolvers | 735 I.L.C.S 5§12-1001(b) | 100.00 | 100.00 |
| 20 year Term Life Insurance Policy $1,000,000 death benefit | 735 I.L.C.S 5§12-1001(f) | 0.00 | 0.00 |
| Star Auto 401(k) Plan | 735 I.L.C.S 5§12-1006 | 23,622.00 | 23,622.00 |
| Vanguard Simple IRA Account #09933866778 | 735 I.L.C.S 5§12-1006 | 84,048.89 | 84,048.89 |
| DWS Scudder Roth IRA | 735 I.L.C.S 5§12-1006 | 9,618.00 | 9,618.00 |
| Vanguard Roth IRA Account #09914709197 | 735 I.L.C.S 5§12-1006 | 40,085.25 | 40,085.25 |
| Td Ameritrade Brokerage Account #4213161419 | 735 I.L.C.S 5§12-1001(b) | 1,001.00 | 1,001.00 |
| Cash on hand | 735 I.L.C.S 5§12-1001(b) | 100.00 | 100.00 |
| Household Goods and Furnishings for Three Bedroom Home | 735 I.L.C.S 5§12-1001(b) | 1,000.00 | 1,000.00 |
| Three Bedroom, Seven Room, Single Family Detached Residence | 735 I.L.C.S 5§12-901 | 15,000.00 | 271,000.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

In re   Joseph Parisi                                         Case No. _____
_____
**Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1,000 shares of Used Car City, Inc. | 735 I.L.C.S 5§12-1001(b) | 0.00 | 0.00 |

Official Form 6D (10/06)

In re _____,    Case No. _____
     Joseph Parisi

**Debtor**                                               **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C §112.  If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00414511274833 <br><br> Chase <br> P.O. Box 260161 <br> Baton Rouge, LA 70826 | X | | Incurred: 2/2002 <br> Lien: 2nd Mortgage <br> Security: 569 Kingston Dr., Geneva, IL 60134 <br><br> VALUE $      275,000.00 | | | | 156,891.00 | 0.00 |
| ACCOUNT NO. 043185919 <br><br> Countrywide Home Loans <br> P.O. Box 650070 <br> Dallas, TX 75265 | X | | Incurred: 3/2004 <br> Lien: 1st Mortgage <br> Security: 569 Kingston Dr., Geneva, IL 60134 <br><br> VALUE $      275,000.00 | | | | 70,030.93 | 0.00 |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |

  0    continuation sheets attached

                                                          Subtotal ➤   $   226,921.93  |  $      0.00
                               (Total of this page)
                                                        Total ➤   $   226,921.93  |  $      0.00
                        (Use only on last page)

(Report total also on       (If applicable, report <br> Summary of Schedules)     also on Statistical <br> Summary of Certain <br> Liabilities and Related <br> Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

**Official Form 6E (4/07)**

In re __Joseph Parisi_____,    Case No._____
           Debtor                                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name.  See 11 U.S.C. § 112.  If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

**Official Form 6E (4/07) - Cont.**

In re ___Joseph Parisi_____.        Case No._____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

☐　**Certain farmers and fishermen**

　　Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐　**Deposits by individuals**

　　Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐　**Taxes and Certain Other Debts Owed to Governmental Units**

　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐　**Commitments to Maintain the Capital of an Insured Depository Institution**

　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐　**Claims for Death or Personal Injury While Debtor Was Intoxicated**

　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

　　* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___0___ **continuation sheets attached**

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Official Form 6F (10/06)

In re __Joseph Parisi_____,   Case No. _____
       **Debtor**                                                                       (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5477530816190010<br><br>Advanta<br>P.O. Box 8088<br>Philadelphia, PA 19101-8088 | X | | Incurred: 3/2006<br>Consideration: Credit card debt | | | | 33,170.00 |
| ACCOUNT NO.  5082290053592561<br><br>Alliance One<br>1160 Centre POinte Dr. Ste. 1<br>Mendota Heights, MN 55120 | X | | Incurred: 4/2004<br>Consideration: Assignee for various creditors<br>Collecting for Citibank | | | | Notice Only |
| ACCOUNT NO.  372269475781002<br><br>American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | X | | Incurred: 10/2006<br>Consideration: Credit card debt | | | | 20,129.00 |
| ACCOUNT NO.  372268593921003<br><br>American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | X | | Incurred: 10/2006<br>Consideration: Credit card debt | | | | 20,544.00 |

   12 _____continuation sheets attached

Subtotal ➤ | $ | 73,843.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Official Form 6F (10/06) - Cont.

In re    Joseph Parisi _____ ,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  371540590011009<br><br>American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | X | | Incurred: 10/2006<br>Consideration: Credit card debt | | | | 18,821.00 |
| ACCOUNT NO.  372524494061004<br><br>American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | X | | Incurred: 9/2006<br>Consideration: Credit card debt | | | | 25,653.23 |
| ACCOUNT NO.  372710921731000<br><br>American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | X | | Incurred: 9/2006<br>Consideration: Credit card debt | | | | 3,462.00 |
| ACCOUNT NO.  371540095791006<br><br>American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | X | | Incurred: 9/2006<br>Consideration: Credit card debt | | | | 19,661.00 |
| ACCOUNT NO.  372711016121008<br><br>American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | X | | Incurred: 9/2006<br>Consideration: Credit card debt | | | | 262.80 |

Sheet no. _1_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    67,860.03

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6F (10/06) - Cont.**

In re   Joseph Parisi                                                  ,          Case No. _____
                 **Debtor**                                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  372523711771007 <br><br> American Express <br> Box 0001 <br> Los Angeles, CA 90096-0001 | X | | Incurred: 9/2006 <br> Consideration: Credit card debt | | | | 18,604.00 |
| ACCOUNT NO.  52447199019511372 <br><br> American Express <br> P.O. Box 297812 <br> Ft. Lauderdale, FL 33329 | X | | Incurred: 10/2006 <br> Consideration: Credit card debt | | | | 3,642.00 |
| ACCOUNT NO.  718272982 <br><br> Audit & Adjustment Co., Inc. <br> P.O. Box 1959 <br> Lynnwood, WA 98046 | X | | Incurred: 10/2006 <br> Consideration: Assignee for various creditors <br> Collecting for Washington Mutual | | | | Notice Only |
| ACCOUNT NO.  74923014024404 <br><br> Bank of America <br> P.O. Box 15102 <br> Wilmington, DE 19886-5102 | X | | Incurred: 9/2006 <br> Consideration: Credit card debt | | | | 27,146.00 |
| ACCOUNT NO.  43563500-02194380 <br><br> Bank of America <br> P.O. Box 15726 <br> Wilmington, DE 19886-5726 | | | Incurred: 8/2004 <br> Consideration: Credit card debt | | | | 6,723.00 |

Sheet no.  2   of  12   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 56,115.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Official Form 6F (10/06) - Cont.

In re   Joseph Parisi_____,      Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5490992204017382<br><br>Bank of America<br>P.O. Box 17054<br>Wilmington, DE 19884 | | X | Incurred: 7/2006<br>Consideration: Credit card debt | | | | 18,781.00 |
| ACCOUNT NO.  4339930000978272<br><br>Bank of America<br>P.O. Box 60073<br>City of Industry, CA 91716 | | X | Incurred: 11/2005<br>Consideration: Credit card debt | | | | 29,271.00 |
| ACCOUNT NO.  4091590001103441<br><br>Bank of America<br>P.O. Box 60073<br>City of Industry, CA 91716 | | X | Incurred: 7/2001<br>Consideration: Credit card debt | | | | 104,119.81 |
| ACCOUNT NO.  4002750008174757<br><br>Bank of America<br>P.O. Box 60073<br>City of Industry, CA 91716-0073 | | X | Incurred: 7/2006<br>Consideration: Credit card debt | | | | 2,258.00 |
| ACCOUNT NO.  5490354108000172<br><br>Bank of America<br>P.O. Box 60073<br>City of Industry, CA 91716-0073 | | | Incurred: 9/2006<br>Consideration: Credit card debt | | | | 13,746.00 |

Sheet no.  3  of  12  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $      168,175.81

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Official Form 6F (10/06) - Cont.

In re   Joseph Parisi                                              ,         Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4002750007036742 <br><br> Bank of America <br> P.O.Box 60073 <br> City of Industry, CA 91716-0073 | | X | Incurred: 9/2006 <br> Consideration: Credit card debt | | | | 316.15 |
| ACCOUNT NO.   7812602655838767 <br><br> Capital One <br> P.O. Box 105087 <br> Atlanta, GA 30348-5087 | | X | Incurred: 5/2006 <br> Consideration: Unsecured business loan personally guaranteed | | | | 108,220.75 |
| ACCOUNT NO.   4115071619770329 <br><br> Capital One <br> P.O. Box 60067 <br> City of Industry, CA 91716-0067 | | X | Incurred: 9/2006 <br> Consideration: Credit card debt | | | | 6,551.00 |
| ACCOUNT NO.   4791242128775528 <br><br> Capital One <br> P.O. Box 60067 <br> City of Industry, CA 91716-0067 | | X | Incurred: 10/2004 <br> Consideration: Credit card debt | | | | 2,483.00 |
| ACCOUNT NO.   4115072214654751 <br><br> Capital One <br> P.O. Box 60067 <br> City of Industry, CA 91716-0067 | | X | Incurred: 1/2002 <br> Consideration: Credit card debt | | | | 6,359.00 |

Sheet no. __4__ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      123,929.90

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6F (10/06) - Cont.**

In re  Joseph Parisi                                          ,        Case No. _____

            **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  06000268366<br><br>Castle Bank<br>141 W. Lincolnway<br>Dekalb, IL 60115 | | X | Incurred: 9/2006<br>Consideration: Line of credit | | | | 96,971.30 |
| ACCOUNT NO.  92603944<br><br>Center for Diagnostic Imaging<br>75 Remittance Dr. Ste. 6254<br>Chicago, IL 60675 | | | Incurred: 7/2006<br>Consideration: Medical services | | | | 270.14 |
| ACCOUNT NO.  4653406<br><br>Central DuPage Hospital<br>25 N. Winfield Rd.<br>Winfield, IL 60190 | | | Incurred: 7/9/2006<br>Consideration: Medical services | | | | 461.43 |
| ACCOUNT NO.  4266841031688466<br><br>Chase<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | | X | Incurred: 7/2006<br>Consideration: Credit card debt | | | | 3,949.64 |
| ACCOUNT NO.  4246311236196371<br><br>Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | | X | Incurred: 9/2006<br>Consideration: Credit card debt | | | | 21,175.00 |

Sheet no.  5   of  12   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 122,827.51

Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Official Form 6F (10/06) - Cont.

In re   Joseph Parisi_____,   Case No. _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4417128504246529 <br><br> Chase <br> P.O. Box 15298 <br> Wilmington, DE 19850-5298 | | | Incurred: 9/2006 <br> Consideration: Credit card debt | | | | 12,091.00 |
| ACCOUNT NO.  5588370000322665 <br><br> Citi Business Platinum <br> P.O. Box 45205 <br> Jacksonville, FL 32232-5205 | X | | Incurred: 7/2006 <br> Consideration: Credit card debt | | | | 10,334.00 |
| ACCOUNT NO.  5588378000912955 <br><br> Citibank <br> P.O. Box 688912 <br> Des Moines, IA 50368-8912 | X | | Incurred: 12/2002 <br> Consideration: Credit card debt | | | | 8,837.75 |
| ACCOUNT NO.  5082290053592561 <br><br> Citibank <br> P.O. Box 688913 <br> Des Moines, IA 50368-8913 | X | | Incurred: 4/2004 <br> Consideration: Credit card debt | | | | 10,645.91 |
| ACCOUNT NO.  5424180846083340 <br><br> Citibank <br> P.O. Box 688916 <br> Des Moines, IA 50368-8916 | | | Incurred: 9/2006 <br> Consideration: Credit card debt | | | | 3,143.00 |

Sheet no. _6_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  45,051.66

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re   Joseph Parisi_____,    Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4266841031688466<br><br>Creditors Interchange<br>80 Holtz Dr.<br>Buffalo, NY 14225 | | X | Incurred: 7/2006<br>Consideration: Assignee for various creditors<br>Collecting for Chase | | | | Notice Only |
| ACCOUNT NO.   90078910800026<br><br>David Hazan<br>111 North County St.<br>Waukegan, IL 60085 | | X | Incurred: 10/2006<br>Consideration: Assignee for various creditors<br>Collecting for Fifth Third Bank | | | | Notice Only |
| ACCOUNT NO.   V013312152<br><br>Delnor Community Hosiptal<br>PO Box 739<br>Moline, IL 61266 | | | Incurred: 2/07<br>Consideration: Medical services | | | | 2,535.00 |
| ACCOUNT NO.   V012586830<br><br>Delnor Community Hospital<br>P.O. Box 739<br>Moline, IL 61266 | | | Incurred: 9/26/06<br>Consideration: Medical services | | | | 618.96 |
| ACCOUNT NO.   none<br><br>Eugene Cardelli<br>651 Upper Brookwood Dr.<br>Fontana, WI 53125 | | | Incurred: 10/2006<br>Consideration: Business purchase indemnity | X | | X | 30,000.00 |

Sheet no.   7   of  12   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    33,153.96

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700  -  31210 - PDF-XChange 2.5 DE

Official Form 6F (10/06) - Cont.

In re  Joseph Parisi _____,    Case No. _____
            **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  090078910800026<br><br>Fifth Third<br>P.O. Box 630337<br>Cincinnati, OH 45263-0337 | X | | Incurred: 9/2006<br>Consideration: Term Note | | | X | 25,000.00 |
| ACCOUNT NO.  5473782400010153<br><br>Fifth Third<br>P.O. Box 740789<br>Cincinnati, OH 45274-0789 | X | | Incurred: 9/2006<br>Consideration: Credit card debt | | | X | 7,550.00 |
| ACCOUNT NO.  4988xxxxxxx3406<br><br>First Equity<br>P.O. Box 23029<br>Columbus, OH 31902 | X | | Incurred: 1/2006<br>Consideration: Credit card debt | | | | 8,437.00 |
| ACCOUNT NO.  4988820000373390<br><br>First Equity<br>P.O. Box 23029<br>Columbus, OH 31902-3029 | X | | Incurred: 10/2004<br>Consideration: Credit card debt | | | | 13,743.12 |
| ACCOUNT NO.  4418229225255119<br><br>First National Omaha<br>P.O. Box 8580<br>Omaha, NE 63108 | X | | Incurred: 9/2006<br>Consideration: Credit card debt | | | | 14,045.00 |

Sheet no.  8    of 12   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 68,775.12
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Official Form 6F (10/06) - Cont.

In re   Joseph Parisi_____,      Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4988820000373390<br><br>LHR, Inc.<br>6341 Inducon Drive East<br>Sanborn, NY 14132 | X | | Incurred: 10/2004<br>Consideration: Assignee for various creditors<br>Collecting for First Equity | | | | Notice Only |
| ACCOUNT NO. 7812602655838767<br><br>Louis Freedman<br>Attorney at Law<br>1807 W. Diehl Rd., Ste. 333<br>P.O. Box 3228<br>Naperville, IL 60566 | X | | Incurred: 5/2006<br>Consideration: Assignee for various creditors<br>Collecting for Capital One | | | | Notice Only |
| ACCOUNT NO. 5474875001266189<br><br>MBNA<br>P.O. Box 17504<br>Wilmington, DE 19884 | X | | Incurred: 2/2005<br>Consideration: Credit card debt | | | | 22,869.00 |
| ACCOUNT NO. 4311966167042504<br><br>National City<br>1 National City Parkway<br>Kalamazoo, MI 49009 | X | | Incurred: 7/2006<br>Consideration: Credit card debt | | | | 15,288.83 |
| ACCOUNT NO. 372269475781002<br><br>NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044 | | | Incurred: 9/2006<br>Consideration: Assignee for various creditors<br>Collecting for American Express | | | | Notice Only |

Sheet no. __9__ of _12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 38,157.83

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re    Joseph Parisi_____,        Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  372524494061004 <br><br> NCO Financial Systems, Inc. <br> 507 Prudential Road <br> Horsham, PA 19044 | | | Incurred: 9/2006 <br> Consideration: Assignee for various creditors <br> Collecting for American Express | | | | Notice Only |
| ACCOUNT NO.  371540095791006 <br><br> NCO Financial Systems, Inc. <br> 507 Prudential Road <br> Horsham, PA 19044 | | | Incurred: 9/2006 <br> Consideration: Assignee for various creditors <br> Collecting for American Express | | | | Notice Only |
| ACCOUNT NO.  372268593921003 <br><br> NCO Financial Systems, Inc. <br> 507 Prudential Road <br> Horsham, PA 19044 | | | Incurred: 9/2006 <br> Consideration: Assignee for various creditors <br> Collecting for American Express | | | | Notice Only |
| ACCOUNT NO.  372523711771007 <br><br> NCO Financial Systems, Inc. <br> 507 Prudential Road <br> Horsham, PA 19044 | | | Incurred: 9/2006 <br> Consideration: Assignee for various creditors <br> Collecting for American Express | | | | Notice Only |
| ACCOUNT NO.  7000900010026041 <br><br> Pittney Bowes <br> P.O. Box 856042 <br> Louisville, KY 40285-6042 | X | | Incurred: 9/2003 <br> Consideration: Credit card debt | | | | 13,209.00 |

Sheet no.  10  of 12  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 13,209.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Official Form 6F (10/06) - Cont.

In re   Joseph Parisi                                                    ,          Case No. _____
_____
        **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  68271022069299 <br><br> Pramco CV7, LLC <br> SDS-12-2713 <br> P.O. Box 86 <br> Minneapolis, MN 55486 | | | Incurred: 6/2007 <br> Consideration: Assignee for various creditors <br> Collecting for Bank of America | | | | Notice Only |
| ACCOUNT NO.  4336940003236910 <br><br> U.S. Bank <br> P.O. Box 790408 <br> St. Louis, MO 63179-0408 | X | | Incurred: 4/2005 <br> Consideration: Credit card debt | | | | 28,811.00 |
| ACCOUNT NO.  4798178867024657 <br><br> U.S. Bank <br> P.O. Box 790408 <br> St. Louis, MO 63179-0408 | X | | Incurred: 12/2005 <br> Consideration: Credit card debt | | | | 12,685.00 |
| ACCOUNT NO.  5477770000346644 <br><br> Washington Mutual <br> P.O. Box 4160 <br> Beaverton, OR 97076-4160 | X | | Incurred: 9/2005 <br> Consideration: Credit card debt | | | | 10,202.00 |
| ACCOUNT NO.  718272982 <br><br> Washington Mutual <br> P.O. Box 78065 <br> Phoenix, AZ 85062-8065 | X | | Incurred: 10/2006 <br> Consideration: Line of credit | | | | 53,032.04 |

Sheet no. __11__ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 104,730.04

Total➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Official Form 6F (10/06) - Cont.

In re __Joseph Parisi_____,     Case No. _____
                 **Debtor**                                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5474648800521025 <br><br> Wells Fargo <br> P.O. Box 54349 <br> Los Angeles, CA 90054 | X | | Incurred: 1/2006 <br> Consideration: Credit card debt | | | | 65,517.00 |
| ACCOUNT NO.  4856200600018322 <br><br> Wells Fargo <br> P.O. Box 54349 <br> Los Angeles, CA 90054-0349 | X | | Incurred: 12/2005 <br> Consideration: Credit card debt | | | | 26,013.00 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. _12_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                   Subtotal➤ | $ | 91,530.00

                                       Total➤ | $ | 1,007,358.86

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700  -  31210 - PDF-XChange 2.5 DE

In re  Joseph Parisi
_____         Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

In re    Joseph Parisi                                          Case No. _____

**Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Advanta<br>P.O. Box 8088<br>Philadelphia, PA 19101-8088<br>Account #5477530816190010 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | American Express<br>PO Box 0001<br>Los Angeles, CA 90096<br>Axxount #372269475781002 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001<br>Account #372268593921003 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001<br>Account #371540590011009 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001<br>Account #372524494061004 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001<br>Account #372710921731000 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001<br>Account #371540095791006 |

Official Form B6H Contd
(10/05)

In re   Joseph Parisi _____     Case No. _____
            **Debtor**                                                                          **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001<br>Account #372711016121008 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001<br>Account #372523711771007 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | American Express<br>PO Box 297812<br>Ft. Lauderdale, FL 33329<br>Account #52447199019511372 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Bank of America<br>PO Box 15102<br>Wilmington, DE 19886<br>Account #74923014024404 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Bank of America<br>PO Box 60073<br>City of Industry, CA 91716<br>Account #4339930000978272 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Bank of America<br>PO Box 60073<br>City of Industry, CA 91716<br>Account #4002750008174757 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Bank of America<br>PO Box 60073<br>City of Industry, CA 91716<br>Account #4002750007036742 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Bank of America<br>PO Box 17054<br>Wilmington, DE 19884<br>Account #5490992204017382 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Official Form B6H Contd
(10/05)

**In re**    Joseph Parisi                       **Case No.** _____

                   **Debtor**                                                   **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Bank of America<br>PO Box 60073<br>Account #4091590001103441 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Capital One<br>PO Box 105087<br>Atlanta, GA 30348<br>Account #7812602655838767 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Capital One<br>PO Box 60067<br>City of Industry, CA 91716<br>Account #4115071619770329 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Capital One<br>PO Box 60067<br>City of Industry, CA 91716<br>Account #4791242128775528 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Capital One<br>PO Box 60067<br>City of Industry, CA 91716<br>Account #4115072214654751 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Castle Bank<br>141 W. Lincolnway<br>Dekalb, IL 60115<br>Account #06000268366 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Chase<br>800 Brooksedge Blvd.<br>Westerville, OH 43081<br>Account #4266841031688466 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Chase<br>PO Box 15153<br>Wilmington, DE 19886<br>Account #4246311236196371 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

**In re** Joseph Parisi _____    **Case No.** _____

            **Debtor**    **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Citi Business Platinum<br>PO Box 45205<br>Jacksonville, FL 32232<br>Account #5588370000322665 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Citibank<br>PO Box 688912<br>Des Moines, IA 50368<br>Account #5588378000912955 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Citibank<br>PO Box 688913<br>Des Moines, IA 50368<br>Account #508229005359 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Fifth Third<br>P.O. Box 630337<br>Cincinnati, OH 45263<br>Account #090078910800026 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Fifth Third<br>P.O. Box 740789<br>Cincinnati, OH 45274<br>Account #5473782400010153 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | First Equity<br>P.O. Box 23029<br>Columbus, OH 31902<br>Account #4988820000373390 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | First Equity<br>P.O. Box 23029<br>Columbus, OH 31902<br>Account #4988xxxxxxxx3406 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | First National Omaha<br>P.O. Box 8580<br>Omaha, NE 63108<br>Account #4418229225255119 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

**In re** Joseph Parisi _____   **Case No.** _____

         **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | MBNA<br>P.O. Box 17504<br>Wilmington, DE 19884<br>Account #5474875001266189 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | National City<br>1 National City Parkway<br>Kalamazoo, MI 49009<br>Account #4311966167042504 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Pitney Bowes<br>P.O. Box 856042<br>Louisville, KY 40285<br>Account #7000900010026041 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | U.S. Bank<br>P.O. Box 790408<br>St. Louis, MO 63179<br>Account #4336940003236910 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | U.S. Bank<br>P.O. Box 790408<br>St. Louis, MO 63179<br>Account #4798178867024657 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Washington Mutual<br>P.O. Box 4160<br>Beaverton, OR 97076<br>Account #547770000346644 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Washington Mutual<br>P.O. Box 78065<br>Phoenix, AZ 85062<br>Account #718272982 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Wells Fargo<br>P.O. Box 54349<br>Los Angeles, CA 90054<br>Account #4856200600018322 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Official Form B6H Cont'd
(10/05)

**In re** _Joseph Parisi_ _____    **Case No.** _____

             **Debtor**                              **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Wells Fargo<br>P.O. Box 54349<br>Los Angeles, CA 90054<br>Account #5474648800521025 |
| Gail Parisi<br>569 Kingston Dr.<br>Geneva, IL 60134 | Chase<br>P.O. Box 260161<br>Baton Rouge, LA 70826<br>Account #00414511274833 |
| Gail Parisi<br>569 Kingston Dr.<br>Geneva, IL 60134 | Countrywide Home Loans<br>P.O. Box 650070<br>Dalla, TX 75265<br>Account #043185919 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Audit & Adjustment Co., Inc.<br>P.O. Box 1959<br>Lynnwood, WA 98046 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | Alliance One<br>1160 Centre POinte Dr. Ste. 1<br>Mendota Heights, MN 55120 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | David Hazan<br>111 North County St.<br>Waukegan, IL 60085 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | LHR, Inc.<br>6341 Inducon Drive East<br>Sanborn, NY 14132 |
| Eugene Cardelli<br>651 Upper Brookwood Dr.<br>Fontana, WI 53125 | Fifth Third<br>P.O. Box 630337<br>Cincinnati, OH 45263-0337 |
| Eugene Cardelli<br>651 Upper Brookwood Dr.<br>Fontana, WI 53125 | David Hazan<br>111 North County St.<br>Waukegan, IL 60085 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Official Form 6I (10/06)

In re ___Joseph Parisi_____   Case _____
          **Debtor**                                                **Case**          **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, daughter, son | AGE(S): 19, 15, 12 |

| **Employment:** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | Owner of car lot | Waitress |
| Name of Employer | Used Car City Incorporated | Pheasant Run |
| How long employed | 8 yrs | 2 yrs, 2 mos |
| Address of Employer | 1920 W. Roosevelt Rd | North Ave |
| | West Chicago, IL 60185 | St. Charles, IL 60174 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 1,370.00 | $ 621.75 |
| 2.  Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3.  SUBTOTAL | $ 1,370.00 | $ 621.75 |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a.  Payroll taxes and social security | $ 0.00 | $ 105.00 |
|     b.  Insurance | $ 0.00 | $ 0.00 |
|     c.  Union Dues | $ 0.00 | $ 0.00 |
|     d.  Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 105.00 |
| 6..  TOTAL NET MONTHLY TAKE HOME PAY | $ 1,370.00 | $ 516.75 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8.  Income from real property | $ 0.00 | $ 0.00 |
| 9.  Interest and dividends | $ 0.00 | $ 0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11.  Social security or other government assistance ( Specify) | $ 0.00 | $ 0.00 |
| 12.  Pension or retirement income | $ 0.00 | $ 0.00 |
| 13.  Other monthly income _____ (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 1,370.00 | $ 516.75 |
| 16.  COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15;  if there is only one debtor repeat total reported on line 15.) | $ 1,886.75 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    None

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

In re ____Joseph Parisi_____    Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,585.00 |
| a. Are real estate taxes included?    Yes _____ No __✓__ | | |
| b. Is property insurance included?    Yes _____ No __✓__ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 100.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 65.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 80.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 67.00 |
| b. Life | $ | 310.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____Real Estate_____ | | 460.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____Tuition expenses for children_____ | $ | 600.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ | 5,037.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____None_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $516.75.  See Schedule I) | $ | 1,886.75 |
| b. Average monthly expenses from Line 18 above | $ | 5,037.00 |
| c. Monthly net income (a. minus b.)    (Net includes Debtor/Spouse combined Amounts) | $ | -3,150.25 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

Official Form 6 - Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re ___Joseph Parisi_____

Debtor

Case No. _____

Chapter ___7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $   271,000.00 | | |
| B – Personal Property | YES | 4 | $   167,375.14 | | |
| C –  Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $   226,921.93 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $      0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 13 | | $ 1,007,358.86 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 6 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $   1,886.75 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $   5,037.00 |
| **TOTAL** | | 32 | $   438,375.14 | $ 1,234,280.79 | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

# United States Bankruptcy Court
### Northern District of Illinois

In re    Joseph Parisi                                    Case No. _____

                    Debtor

                                                          Chapter    _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR** Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4. Total from Schedule F | | $    N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

In re    Joseph Parisi _____    Case No. _____
_____
Debtor                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___34___ sheets *(total shown on summary page plus 2)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  7/31/2007 _____    Signature:  /s/ Joseph Parisi _____
Debtor:

Date _____    Signature:  Not Applicable _____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                         *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____    _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this documen, unless the bankruptcy petition preparer is not an individualt:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 2),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

----------------------------------------------------------------------------------------------------

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In Re   Joseph Parisi                                         Case No. _____
                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  Do not include the name or address of a minor child in this statement.  Indicate payments, transfers and the like to minor children by stating "a minor child."  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation ofthe debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2007(db) | 8,225.00 | Used Car City, Inc. |
| 2006(db) | 30,296.00 | Used Car City, Inc. |
| 2005(db) | 37,380.00 | Used Car City, Inc. |
| | | |
| 2007(nfs) | 2,824.20 | Pheasant Run, Inc. |
| 2006(nfs) | 1,667.53 | Pheasant Run, Inc. |
| 2005(nfs) | 813.78 | Pheasant Run, Inc. |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

**2. Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Countrywide Home Loans P.O. Box 650070 Dallas, TX 75265 | 5/07, 6/07, 7/07 | 3,105.00 | 70,030.93 |
| Chase P.O. Box 260161 Baton Rouge, LA 70826 | 5/07, 6/07, 7/07 | 4,650.00 | 156,891.00 |

None

☒ *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐ a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Fifth Third Bank vs. Used Car City Incorporated, Joseph Parisi and Eugene Cardelli Case #07 ARK 426 | Arbitration | Kane County Circuit Court Geneva, Illinois | Pending |

None

☒ b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5.  Repossessions, foreclosures and returns**

None

☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and Receiverships**

None  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒     the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
      assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
      joint petition is not filed.)

| NAME AND | DATE OF ASSIGNMENT | TERMS OF |
|---|---|---|
| ADDRESS OF | | ASSIGNMENT |
| ASSIGNEE | | OR SETTLEMENT |

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒     year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
      must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
      the spouses are separated and a joint petition is not filed.)

| NAME AND | NAME AND LOCATION | DATE OF | DESCRIPTION AND |
|---|---|---|---|
| ADDRESS OF | OF COURT CASE TITLE | ORDER | VALUE OF PROPERTY |
| CUSTODIAN | & NUMBER | | |

**7. Gifts**

None  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case,
☒     except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
      and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or
      chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
      the spouses are separated and a joint petition is not filed.)

| NAME AND | RELATIONSHIP | DATE OF | DESCRIPTION AND |
|---|---|---|---|
| ADDRESS OF | TO DEBTOR, IF ANY | GIFT | VALUE OF GIFT |
| PERSON OR ORGANIZATION | | | |

**8. Losses**

None  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement
☒     of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must
      include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
      joint petition is not filed.)

| DESCRIPTION | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS | DATE OF |
|---|---|---|
| AND VALUE | WAS COVERED IN WHOLE OR IN PART BY | LOSS |
| OF PROPERTY | INSURANCE, GIVE PARTICULARS | |

**9.   Payments related to debt counseling or bankruptcy**

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Springboard Credit Management 4351 Latham St Riverside, CA 92501 | 3/5/07 | 55.00 |
| Edgar P. Petti Petti Murphy & Associates State Bank of Geneva Professional Center 22 South Fourth Street, Suite B, Geneva, IL 60134 | 3/07 - 7/07 | 1,701.00 for bankruptcy legal fees |
| Edgar P. Petti Petti Murphy & Associates State Bank of Geneva Professional Center 22 South Fourth Street, Suite B, Geneva, IL 60134 | 7/07 | 299.00 for bankruptcy filing fees |

**10.   Other transfers**

None

☒

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None

☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| T Rowe<br>P.O. Box 17302<br>Baltimore, Maryland<br>21297 | Brokerage Account<br>#0901<br>Closing Balance: 0.00 | $1,073.00<br>Closed Account on<br>7/1/2007 |
| DWS Scudder<br>210 W. 10th St. Fl. 16<br>Kansas City, MO 64105 | Mutual Fund<br>#6741<br>Closing Balance: 0.00 | $6,936.00<br>Closed Account  on<br>7/13/2007 |

**12. Safe deposit boxes**

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None

☐

List all property owned by another person that the debtor holds or controls.

| NAME AND<br>ADDRESS OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | 2001 Lincoln<br>FMV $6,300.00 | 569 Kingston Dr.<br>Geneva, IL 60134 |
| Used Car City, Inc.<br>1920 W. Roosevelt Rd.<br>West Chicago, IL 60185 | 1999 Caravan<br>FMV $3,575.00 | 569 Kingston Dr.<br>Geneva, IL 60134 |

**15.  Prior address of debtor**

None

☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.        If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Used Car City Incorporated | 36-4267251 | 1920 W Roosevelt Rd West Chicago, IL 60185 | Selling Used Cars | February 1999 to present |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31240 - PDF-XChange 2.5 DE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None | a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.
☐

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Halikias & Co.<br>P.O. Box 4230<br>Naperville, IL 60567 | 1999 - Present |

None | b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement  of the debtor.
☒

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None | c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.
☐

| NAME | ADDRESS |
|---|---|
| Halikias & Co. | P.O. Box 4230<br>Naperville, IL 60567 |

None | d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.
☒

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20.  Inventories**

None ☐   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 6/6/2007 | Debtor | 320,274.00 |
| 7/1/2007 | Debtor | 288,920.00 |

None ☐   b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 6/6/2007 | Debtor |
| 7/1/2007 | Debtor |

**21. Current Partners, Officers, Directors and Shareholders**

None ☒   a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22.  Former partners, officers, directors and shareholders**

None ☒   a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None

☒

    b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

### 23.  Withdrawals from a partnership or distribution by a corporation

None

☒

If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24.  Tax Consolidation Group

None

☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### 25.  Pension Funds

None

☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___7/31/2007_____    Signature    ___/s/ Joseph Parisi_____
                                         of Debtor    JOSEPH PARISI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____    _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
                                                         (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

___0___ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Illinois**

In re  Joseph Parisi _____ ,        Case No. _____

                          Debtor                                                        Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*[Check each applicable box]*

☑  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☑  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be Reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| Three Bedroom, Seven Room,... | Countrywide Home Loans | | ✓ | | ✓ |
| Three Bedroom, Seven Room,... | Chase | | ✓ | | ✓ |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| NONE | | |

Date:  7/31/2007 _____        /s/ Joseph Parisi _____

                                                        Signature of Debtor        JOSEPH PARISI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.  (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal responsible person or partner who signs this document.*

_____
_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. §156.*

Advanta
P.O. Box 8088
Philadelphia, PA 19101-8088


Alliance One
1160 Centre POinte Dr. Ste. 1
Mendota Heights, MN 55120


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-0001

American Express
P.O. Box 297812
Ft. Lauderdale, FL 33329


Audit & Adjustment Co., Inc.
P.O. Box 1959
Lynnwood, WA 98046


Bank of America
P.O. Box 15102
Wilmington, DE 19886-5102


Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726


Bank of America
P.O. Box 17054
Wilmington, DE 19884


Bank of America
P.O. Box 60073
City of Industry, CA 91716


Bank of America
P.O. Box 60073
City of Industry, CA 91716


Bank of America
P.O. Box 60073
City of Industry, CA 91716-0073


Bank of America
P.O. Box 60073
City of Industry, CA 91716-0073


Bank of America
P.O.Box 60073
City of Industry, CA 91716-0073

```
Capital One
P.O. Box 105087
Atlanta, GA 30348-5087


Capital One
P.O. Box 60067
City of Industry, CA 91716-0067


Capital One
P.O. Box 60067
City of Industry, CA 91716-0067


Capital One
P.O. Box 60067
City of Industry, CA 91716-0067


Castle Bank
141 W. Lincolnway
Dekalb, IL 60115


Center for Diagnostic Imaging
75 Remittance Dr. Ste. 6254
Chicago, IL 60675


Central DuPage Hospital
25 N. Winfield Rd.
Winfield, IL 60190


Chase
800 Brooksedge Blvd.
Westerville, OH 43081


Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Chase
P.O. Box 15298
Wilmington, DE 19850-5298
```

Chase
P.O. Box 260161
Baton Rouge, LA 70826


Citi Business Platinum
P.O. Box 45205
Jacksonville, FL 32232-5205


Citibank
P.O. Box 688912
Des Moines, IA 50368-8912


Citibank
P.O. Box 688913
Des Moines, IA 50368-8913


Citibank
P.O. Box 688916
Des Moines, IA 50368-8916


Countrywide Home Loans
P.O. Box 650070
Dallas, TX 75265


Creditors Interchange
80 Holtz Dr.
Buffalo, NY 14225


David Hazan
111 North County St.
Waukegan, IL 60085


Delnor Community Hosiptal
PO Box 739
Moline, IL 61266


Delnor Community Hospital
P.O. Box 739
Moline, IL 61266

Eugene Cardelli
651 Upper Brookwood Dr.
Fontana, WI 53125


Eugene Cardelli
651 Upper Brookwood Dr.
Fontana, WI 53125


Eugene Cardelli
651 Upper Brookwood Dr.
Fontana, WI 53125


Fifth Third
P.O. Box 630337
Cincinnati, OH 45263-0337


Fifth Third
P.O. Box 740789
Cincinnati, OH 45274-0789


First Equity
P.O. Box 23029
Columbus, OH 31902


First Equity
P.O. Box 23029
Columbus, OH 31902-3029


First National Omaha
P.O. Box 8580
Omaha, NE 63108


Gail Parisi
569 Kingston Dr.
Geneva, IL 60134


Gail Parisi
569 Kingston Dr.
Geneva, IL 60134

LHR, Inc.
6341 Inducon Drive East
Sanborn, NY 14132


Louis Freedman
Attorney at Law
1807 W. Diehl Rd., Ste. 333
P.O. Box 3228
Naperville, IL 60566


MBNA
P.O. Box 17504
Wilmington, DE 19884


National City
1 National City Parkway
Kalamazoo, MI 49009


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Pittney Bowes
P.O. Box 856042
Louisville, KY 40285-6042

Pramco CV7, LLC
SDS-12-2713
P.O. Box 86
Minneapolis, MN 55486


U.S. Bank
P.O. Box 790408
St. Louis, MO 63179-0408


U.S. Bank
P.O. Box 790408
St. Louis, MO 63179-0408


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185

Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185

Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185

Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185

Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Used Car City, Inc.
1920 W. Roosevelt Rd.
West Chicago, IL 60185


Washington Mutual
P.O. Box 4160
Beaverton, OR 97076-4160


Washington Mutual
P.O. Box 78065
Phoenix, AZ 85062-8065

```
Wells Fargo
P.O. Box 54349
Los Angeles, CA 90054


Wells Fargo
P.O. Box 54349
Los Angeles, CA 90054-0349
```

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois

In re  Joseph Parisi

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ..........................……………………...... $ ____1,701.00____

Prior to the filing of this statement I have received ........……………….............…..... $ ____1,701.00____

Balance Due ........................................……………………………..............…...... $ _____0.00_____

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
IF REPRESENTATION IN ADVERSARY PROCEEDINGS OR OTHER CONTESTED BANKRUPTCY
MATTERS IS REQUIRED, AN ADDITIONAL RETAINER OF $1,000.00 WITH ADDITIONAL BILLINGS AT
THE RATE OF $225.00 OFFICE TIME / $240.00 COURT TIME PER HOUR HAS BEEN AGREED WITH
DEBTOR.  IF NOT TIMELY PAID, COUNSEL RESERVES THE RIGHT TO WITHDRAW.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

____7/31/2007_____          ____/s/ Edgar P. Petti_____
                Date                                        Signature of Attorney

                                                Petti Murphy & Associates
                                                _____
                                                        Name of law firm

Bankruptcy2007 © 1991-2007, New Hope Software, Inc. - ver. 4.2.3-700 - 31210 - PDF-XChange 2.5 DE